IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAVERNE WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL VIDEO MONITORING CO., LLC D/B/A EYEQ MONITORING,<br><br>   Defendant. | Civil Action No.<br><br>1:20-cv-05216-JPB-JKL<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Laverne Williams and Defendant National Video Monitoring Co., LLC d/b/a EyeQ Monitoring, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 19th day of December, 2021.

| | |
|---|---|
| **BARRETT & FARAHANY** | **HALL BOOTH SMITH, PC** |
| s/ *Matthew C. Billips* | s/ *Phillip E. Friduss* |
| Matthew C. Billips | Phillip E. Friduss |
| Georgia Bar No. 057110 | Georgia Bar No. 277220 |
| *Attorney for Plaintiff* | Allison C. Averbuch |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 275988 |
| Atlanta, Georgia 30309 | *Attorney for Defendant* |
| (404) 214-0120 | 191 Peachtree Street, NE, Suite 2900 |
| matt@justiceatwork.com | Atlanta GA, 30303 |
| | (404) 954-5000 |
| | pfriduss@hallboothsmith.com |
| | aaverbuch@hallboothsmith.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAVERNE WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL VIDEO MONITORING CO., LLC D/B/A EYEQ MONITORING,<br><br>  Defendant. | Civil Action No.<br><br>1:20-cv-05216-JPB-JKL<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Phillip E. Friduss
pfriduss@hallboothsmith.com
Allison C. Averbuch
aaverbuch@hallboothsmith.com

3

Respectfully submitted this 19th day of December, 2021.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110